**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01578-CV

### IN THE INTEREST OF S.B., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-30023-2012**

## ORDER

Before the Court is the May 14, 2013 motion of Karla Kimbrell, Official Court Reporter for the 380th Judicial District Court of Collin County, Texas, for a thirty-day extension of time to file the reporter's record. This appeal is accelerated. Accordingly, we **GRANT** the motion **only to the extent** that the reporter's record shall be filed on or before **May 28, 2013**. *See* TEX. R. APP. P. 35.3(c).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE